1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  carey_gorden@fd.org

5  Attorneys for Mr. Sanchez-Solorzano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**OSCAR ALBERTO SANCHEZ-**<br>**SOLORZANO**,  )<br>  )<br>             Defendant.  )<br>  ) | Case No. 08mj1182<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: April 22, 2008              s/ *Carey D. Gorden*
                                   **CAREY D. GORDEN**
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA 92101-5030
                                   (619) 234-8467 (tel)
                                   (619) 687-2666 (fax)
                                   e-mail: carey_gorden@fd.org