FILED

JUN 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___MB___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. __08CR1563GT__ |
| Plaintiff, | I N F O R M A T I O N<br>**(Superseding)** |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| OSCAR ALBERTO SANCHEZ-SOLORZANO, | Title 8, U.S.C., Sec. 1325 - |
| Defendant. | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about _Jan. 2002_, within the Southern District of California, defendant OSCAR ALBERTO SANCHEZ-SOLORZANO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

MIP:psd:San Diego
6/11/08

<u>Count 2</u>

On or about April 16, 2008, within the Southern District of California, defendant OSCAR ALBERTO SANCHEZ-SOLORZANO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 6/19/08

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

2