AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| OSCAR ALBERTO SANCHEZ-SOLORZANO | CASE NUMBER: 08CR1563GT |

   I, OSCAR ALBERTO SANCHEZ-SOLORZANO, the above named defendant, who is accused of committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 6/19/08 prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER