| | |
|---|---|
| 1 | **HANNI M. FAKHOURY** |
| | California Bar No. 252629 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC. |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
| | Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666 |
| | Hanni_Fakhoury@fd.org |
| 5 | |
| 6 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1563-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| OSCAR ALBERTO SANCHEZ-SOLORZANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case replacing Carey D. Gordon.

                                           Respectfully submitted,

Dated: June 24, 2008                                  /s/ Hanni M. Fakhoury
                                                                 HANNI M. FAKHOURY
                                                                 Federal Defenders of San Diego, Inc.
                                                                 e-mail: Hanni_Fakhoury@fd.org
                                                                 Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 24, 2008             /s/ Hanni M. Fakhoury
                                 HANNI M. FAKHOURY
                                 e-mail: Hanni_Fakhoury@fd.org

2